FILED
JUL 10 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

July 3, 2008.

TO: CLERK, U.S. DISTRICT COURT OF CALIFORNIA

FROM: KEVIN BURTON, Prison I.D. #C-38062 Civil Case No. C07-4967 SBA (RR)
ORDER GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS

RE: Prison staff at R.J. Donovan, non-compliance to pay initial filing fee in the requisite date of entered court order. (Due Date, July 6, 2008)

Dear clerk of the court, Richard W. Wieking.

I the plaintiff in the above referenced matter, have made a reasonably diligent effort to comply with the court's order in a timely fashion pursuant to Federal Rule of Civil Procedures 41(b).

On June 11, 2008 I plaintiff, received in U.S. mail, order granting leave to proceed in Forma Pauperis. A copy of said order was also sent to R.J. Donovan State Prison Trust office.

I plaintiff do not have any funds in my account (zero) as evidenced by previously submitted trust account statement from six month period, period, until present, and can not pay the initial partial filing fee of $5.20.

I plaintiff contacted and explained the instructions for payment of prisoner's filing fee, (from order sent from U.S. District Court) to the following prison officials; 1. Warden, Valdez. 2. Legal Librarian, Sterling. 3. Chief Deputy Warden, McBride. 4. Captain Morrison. 5. Employee in trust account office who identified herself as Eva, ext. 5160. 6. Correctional counselor Alverez. And 7. Sergeant Miller.

I plaintiff could not, or did not get a confirming answer or compliance to said court order, "Instructions for payment of prisoner's filing fee." And I request that my case not be dismissed for prison officials not adhering to Federal Court order: to pay initial filing fee within the time allowed ("30 days from order" July 6, 2008).

I Kevin Burton Plaintiff in the above referenced matter do declare under penalty of perjury that the above statement(s) are true and correct. Kevin Burton July 3, 2008.

Kevin Burton C-38062
R.J. Donovan Prison
P.O. Box 799007
San Diego, CA 92179

8-124

Confidential
Legal Mail



STATE PRISON

Hasler

016H26519013
Mailed From 92179
07/08/2008
$00.420
US POSTAGE

Clerk U.S. District Court
Northern District of California
1160 Golden Gate Av.
San Francisco, CA 94102

94102$365S C004

