| STATE OF CALIFORNIA GA-22 (9/92) | | **INMATE REQUEST FOR INTERVIEW** | | DEPARTMENT OF CORRECTIONS |
|---|---|---|---|---|
| DATE 6-12-2008 | TO Law Librarian Sterling | FROM (LAST NAME) BURTON | | CDC NUMBER C-38062 |
| HOUSING 2-8 | BED NUMBER 124L | WORK ASSIGNMENT | JOB NUMBER | FROM / TO |
| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | | | ASSIGNMENT HOURS | FROM / TO |

**Clearly state your reason for requesting this interview.**
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

Need access to Law Library, received federal court order, 6-11-2008. Please see attached, specifically: Federal Rule Civil Procedure (on page 5, Line 14.) 30(a)(2). Can you please respond to this request, in order for me to get J.E. status. THANK YOU Kevin Burton

Do NOT write below this line. If more space is required, write on back.

INTERVIEWED BY _____ DATE _____

DISPOSITION

↑

Note: The Above response To Inmate Request for Interview, which was signed by Legal Librarian Sterling, And delivered by C/O Williams To this Inmate on June 12, 2008. With A attached Extention of Time Request, "For Photo copying." Which Is Irrelevant, with, "request For Library Access."

Name:________________
CDC#:________________
Facility:____ Building:____ Cell:______
P.O. BOX ________________
SAN DIEGO, CA. 92179-______
IN PERSONA PROPRIA

____________________________________

____________________________________

| | |
|---|---|
| ____________________<br>______________ ) | |
| V. ) | "REQUEST FOR EXTENSION OF TIME" |
| ____________________<br>______________ ) | Case No. ____________________ |
| ____________________________ ) | |

COMES NOW,________________, ________________ and respectfully submits this "Request For Extension of Time". I make this request for extension of time, my _______ request because I am unable to meet the filing deadline of ____________________ for the submission of ____________________________________________________, for the following reasons:

1. I am an inmate in the Department of Corrections, and at the present I am incarcerated at the Richard J. Donovan Correctional Facility.

2. I am a layman in the field of law, and am representing myself.

1  3. I have made every effort to prepare and submit the above
2  mentioned document within the prescribed time.
3  4. On _____ day of _____ I submitted the above
4  mentioned document for copying at the prison law library and
5  was informed per copying policy, that I would have to wait one
6  to three days before copies would be ready (see exhibit "A").
7
8  WHEREFORE, for the reasons stated above, good cause showing,
9  I respectfully request that this honorable court grant me an extension of
10 _____ days for the period of copying.
11
12 I declare under the penalty of perjury of the laws of the state of
13 California that the above statement is true and correct. Executed at the
14 Richard J. Donovan Correctional Facility, San Diego, California on the
15 _____ day of _____.
16
17 ////
18 ////
19 ////

2 of 3

# Copying Procedure

1. Copies will be done at the library's convenience with a maximum three day turn around barring any problems such as lock downs, machine breakdowns, etc..

2. Only legal documents completed and ready to go to the courts will be copied (no partial writs will be accepted).

3. Inmates must have sufficient funds on their institutional trust account in order to copy nonlegal documents (.10 per page).

4. It will be the inmate's responsibility to plan ahead and submit papers to the library in a timely fashion.

5. Usually copies will be available for pick up the next day unless the sheer number of copies to be made delays copying.

# VERIFICATION

**STATE OF CALIFORNIA**
**COUNTY OF SAN DIEGO**

( C.C.P. SEC. 446 & 2015.5; 28 U.S.C. SEC. 1746 )

I, ______________________ DECLARE UNDER THE PENALTY OF PERJURY THAT : I AM THE Declarant/Prisoner IN THE ABOVE ENTITLED ACTION; I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE , EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS , I BELIEVE THEM TO BE TRUE.

EXECUTED THIS ______________ DAY OF ______________, AT R.J.D. STATE PRISON, 480 Alta Road, San Diego, CA 92179

(SIGNATURE) ______________________
(DECLARANT/PRISONER)

## PROOF OF SERVICE BY MAIL

(C.C.P. SEC. 1013 (a) & 2015.5; 28 U.S.C. SEC. 1746 )

I, ______________________, AM A RESIDENT OF R.J.D. STATE PRISON, IN THE COUNTY OF S.D. STATE OF CALIFORNIA; I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM/AM NOT A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS: ______________________

ON ______________________, I SERVED THE FOREGOING:

______________________

(SET FORTH EXACT TITLE OF DOCUMENT/S SERVED)

ON THE PARTY(S) HEREIN BY PLACING A TRUE COPY(S) THEREOF, ENCLOSED IN A SEALED ENVELOPE (S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT Richad J. Donovan Correctional Facility

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: ______________, ______, ______________________
(DECLARANT/PRISONER)

STATE OF CALIFORNIA  
CDC - 193 (1/88)

DEPARTMENT OF CORRECTIONS

# TRUST ACCOUNT WITHDRAWAL ORDER

Date  6 - 13  20 08

To: Warden             Approved _____

I hereby request that my Trust Account be charged $_____ for the purpose stated below and authorize the withdrawal of that sum from my account:

_____C 38462_____  
NUMBER

_____Kevin Bishu_____  
NAME (Signature please, DO NOT PRINT)

State below the PURPOSE for which withdrawal is requested (do not use this form for Canteen or Hobby purchase).

PURPOSE  Legal Litigation (federal) Copies

PRINT PLAINLY BELOW name and address of person to whom check is to be mailed.

NAME  R.J. Donovan Legal Law Library

ADDRESS _____

_____Kevin Bishu_____  
PRINT YOUR FULL NAME HERE

8-124

| STATE OF CALIFORNIA<br>GA-22 (9/92) | **INMATE REQUEST FOR INTERVIEW** | | DEPARTMENT OF CORRECTIONS |
|---|---|---|---|
| DATE<br>7-3-2008 | TO<br>Sgt. THOMPSON | FROM (LAST NAME)<br>BURTON | CDC NUMBER<br>C-38062 |
| HOUSING<br>2-9 | BED NUMBER<br>124L | WORK ASSIGNMENT | JOB NUMBER<br>FROM        TO |
| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | | | ASSIGNMENT HOURS<br>FROM        TO |

**Clearly state your reason for requesting this interview.**
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

Sgt. Thompson, can you call Litigation Coordinator, and explain that I received federal court order (copy also sent to trust office) Instructing trust office to pay Initial partial filing fee of 5.20. within (30) days of court order. or my litigation will be dismissed." I have already (over)

INTERVIEWED BY
Sgt Thompson - Put in Request to Law Library for
DISPOSITION
Judicial Exception + Forms for Payment Fee

DATE 7/7/08

been granted LEAVE to proceed IN FORMA PAUPERIS, FROM the COURT FROM previously submitted (FORMA pauperis) APPLICATION. CAN YOU please give ME AN AFFIRMATIVE ANSWER, IF trust office will comply to Mentioned court order, IN a timely Fashion. (30 days FROM COURT ORDER)

Note: please see Lines 16, 17, 18, 19. 1st page.
And Lines, 15, 16, and 17. page (two).

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17  CC Reverse: Tunnic
18  Interview
19
20
21
22
23
24
25
26
27
28

3

| STATE OF CALIFORNIA GA-22 (9/92) | **INMATE REQUEST FOR INTERVIEW** | | DEPARTMENT OF CORRECTIONS |
|---|---|---|---|
| DATE 7-14-08 | TO I/M Burton | FROM (LAST NAME) | CDC NUMBER C38062 |
| HOUSING | BED NUMBER 8-04L | WORK ASSIGNMENT | JOB NUMBER FROM / TO |
| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | | | ASSIGNMENT HOURS FROM / TO |

**Clearly state your reason for requesting this interview.**
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

---

Do NOT write below this line. If more space is required, write on back.

INTERVIEWED BY:                                              DATE:

DISPOSITION: Trust office said they sent you paperwk. to inform you, that they would not pay the $5.20 filing fee. I don't know if you rec'vd. it or not.
                                                    Alvarez E.

David Puckett et al.
Donovan State Prison
P O Box 799002
San Diego, CA
92179

Confidential
Legal Mail

STATE PRISON

016H26519013
Mailed From 92179
07/22/2008
$00.930
US POSTAGE
Hasler

Office of the Clerk, US District Court
Northern District of California
450 Golden Gate Ave
San Francisco, CA 94102