1  KEVIN BURTON
   CDC# C-38062
2  R.J. Donovan Prison
3  P.O. Box 799002
   SAN Diego, CA 72179
4  IN Pro Se

5              UNITED STATES DISTRICT COURT
               Northern District of California
6

7  KEVIN BURTON                          CASE NO:
              Plaintiff                   C07-4967 PJH (PR)
8
        V.                                REQUEST FOR:
9  CALIFORNIA Department of              SUBPOENAS DUCES
   Corrections, et, al.,                  TECUM, AND BLANK
10            DEFENDANTS                   MOTION, TO COMPEL
                                          CDCR Recorder, (CUSTODIAN).
11

12

13  COMES NOW plaintiff, KEVIN BURTON, IN pro se, Respectfully
14  Request the court provide the following items, unable to obtain
    from prison Legal Library, plaintiff request  16, SUBPOENAS Duces
15  Tecum federal forms, for the Northern District of CA. & 3, copies of a Blank
16  Motion, to compel CDCR CUSTODIAN of Records. Also for the Northern
17  District of California.

18

19                                      Respectfully Submitted

20  Dated: July 28, 2008                 Kevin Burton
21                                        In Pro Se

22

23

24

25

26

27

28

# VERIFICATION

## STATE OF CALIFORNIA
## COUNTY OF SAN DIEGO

### ( C.C.P. SEC. 446 & 2015.5; 28 U.S.C. SEC. 1746 )

I, _KEVIN BURTON_____ DECLARE UNDER THE PENALTY OF PERJURY
THAT : I AM THE _Declarant/Prisoner___ IN THE ABOVE ENTITLED ACTION;
I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS
TRUE OF MY OWN KNOWLEDGE , EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND
BELIEF, AND AS TO THOSE MATTERS , I BELIEVE THEM TO BE TRUE.

. EXECUTED THIS___ _28_____DAY OF_ _July , 2008___,AT R.J.D.
STATE PRISON, 480 Alta Road, San Diego,   CA 92179

(SIGNATURE)__ _Kevin Burton_____
(DECLARANT/PRISONER)

---

## PROOF OF SERVICE BY MAIL

### (C.C.P. SEC. 1013 (a) & 2015.5; 28 U.S.C. SEC. 1746 )

I, _KEVIN BURTON_____, AM A RESIDENT OF .R.J.D.  STATE PRISON, IN THE COUNTY
OF S.D.   STATE OF CALIFORNIA; I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM/AM
NOT A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS: _____

ON _July 28, 2008___ , I SERVED THE FOREGOING:

_Request FOR Subpoena(s) / And Blnk Motion forms_____

(SET FORTH EXACT TITLE OF DOCUMENTIS SERVED)
ON THE PARTY(S) HEREIN BY PLACING A TRUE COPY(S) THEREOF, ENCLOSED IN A SEALED ENVELOPE
(S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO
PROVIDED AT  Richad J. Donovan Correctional Facility

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS
REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO
ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE:_7- 28- 2008._____ .        _Kevin Burton_____
(DECLARANT/PRISONER)

Kevin Burrow #e-38312

STATE PRISON



Hasler

016H26519013

$00.420

Mailed From 92179
07/29/2008
US POSTAGE

United States District Court
Northern District of California
450 Golden Gate Ave
San Francisco, CA 94102



$0.05
JUN 19 2008
US POSTAGE
FIRST-CLASS
MAILED FROM 92179
011A04130018865

R J DONOVAN
DEPT OF
CORRECTIONS
& REHABILITATION