1  Kevin Burton
2  #C-38062
   R.J Donovan State Prison
3  P.O. Box 799007
4  San Diego, CA 92179
5
6
7
8
9            United States District Court
             Northern District of California
10
   Kevin Burton
                                        Case No: C 07-4967 PJH
11 Plaintiff,                           (PR)
12 vs.
                                        Plaintiff's First Set of
13 California Department of             Interrogatories
   Corrections and                      to Defendants
14 Rehabilitation, et al.,
15 Defendants
16
17      Pursuant to Rule 33 of the Federal Rules of Civil Procedure
18 and order of this court, Plaintiff Kevin Burton, (hereinafter
19 "Burton"), hereby request that Defendants answer the following
20 interrogatories under oath, in accordance with the Definitions
21 and Instructions set forth below, within thirty (30) calendar days
   after service of these Interrogatories.
22
23              Definitions and Instructions
24      (A) As used herein, the term "document" means every type of recorded
25 information dated or prepared prior to or subsequent to this action.
26 Including but not limited to any memorandum, note, report, letter,
27 correspondence, message, record, minutes, work sheet, draft,
28 instruction, work assignment, internal communication, order, and any
   other written, recorded, electronic, or graphic material however

produced or reproduced and, in the absence of the original, a copy thereof and any copy bearing markings not present on the original or other copy thereof.

(b) The word "Incident" includes the circumstances and events surrounding the alleged events at issue and other occurrences giving rise to this action, against plaintiff.

(c) The word "Identify" as used with respect to any documents is understood to mean the following: 1) title; 2) date; 3) name and position of originator; 4) name and position of any and all recipients; 5) name and position of any other person who received copies or any portion of the document in question; 6) description of the document subject matter and contents; 7) location of the document; 8) name and position of the custodian of the document.

(d) The word "Identify" as used with respect to any person, is understood to mean the following information is to be provided: 1) full name; 2) present or last known address; (work code); 3) present or last known business address; 4) occupation and title; and 5) present or last known employer.

## Interrogatories

1. Identify any and all documents relating to S.V.S.P (C.D.C.R) Administration segregation unit "Admission" policies and procedures.

2. Identify any and all documents relating to S.V.S.P (C.D.C.R) Administration Segregation unit "holding cage" policies and procedures.

3. Identify any and all documents relating to S.V.S.P (C.D.C.R) Administration segregation unit policies and procedures concerning "Conditions of Segregated Housing".

4. Identify any and all documents relating to S.V.S.P (C.D.C.R)

1

Administration Segregation unit, "Administrative Segregation Records" Policies and Procedures.

5. Identify any and all documents relating to S.V.S.P. (C.D.C.R.) Administration segregation unit policies and procedures relating to, concerning; "officer in charge."

6. Identify any and all documents relating to S.V.S.P. (C.D.C.R.) Administration segregation unit policies and procedures relating to "Administrative Visitation."

7. Identify any and all documents relating to S.V.S.P (C.D.C.R.) Relating to "Chief Executive Officer." Policies & Procedures

8. Identify any and all document relating to S.V.S.P (C.D.C.R.) "Medical care Responsibilities" policies and procedures.

9. Identify any and all documents relating to prison medical care Responsibilities policies and procedures concerning prison medical care staff training and education

10. Identify any documents, any parties (correctional officers) First and last name, and position, who were on duty, worked in S.V.S.P. Administration segregation unit, Specifically: Facility-D, Building Eight (8) on the Dates of, Jan 11, 2005., Jan 12, 2005., Jan 13, 2005., Jan 14, 2005., Jan 15, 2005., Jan 16, 2005., Jan 17, 2005., and Jan 18, 2005.

11. Identify any and all documents any parties (correction officers) FRIST and LAST NAME, and position who were scheduled for duty at S.V.S.P. Administration segregation unit, Specifically: Faciliy-D Building 8, on the dates of Jan 11, 2005 till Jan 18, 2005.

12. Identify any and all documents any parties, medical staff, First and last name and position who were on duty, worked in S.V.S.P. Administration segregation

unit, specifically: facility-D-Building 8., on the dates of Jan 11, 2005. Jan 12, 2005. Jan 13, 2005. Jan 14, 2005. Jan 15, 2005. Jan 16, 2005. Jan 17, 2005. Jan 18, 2005.

13. Identify any and all documents any parties, "Medical Staff," First and Last Name, who were scheduled for duty at S.V.S.P. Administration Segregation unit, specifically: facility-D, Build 8, on the dates of Jan 11, 2005. till Jan 18, 2005.

14. Identify any documents related to any complaint, grievance, criticism, censure, reprimand or rubuke directed toward all defendants and Medical Staff, prior to or subsequent to the Incident giving rise to this proceeding.

Dated: August 5, 2008

By: *Kevin Burton*
    Kevin Burton #C-38042
    R.J.D. Prison
    San Diego, CA 92179

1  KEVIN BURTON
2  CDCR # C-38062
   R.J. Donovan State Prison
3  P.O. Box 799007
4  San Diego, CA 92179
5
6                  United States District Court
7                  Northern District of California
8  KEVIN BURTON                    CASE NO: C07-4967 PJH
9  Plaintiff                       (PR)
10 V.
11 California Department of        PLAINTIFF'S FIRST REQUEST
   Corrections and                 FOR PRODUCTION OF DOCUMENTS
12 Rehabilitations, et al.,
13 Defendants
14
15
16     Pursuant to Rule 34 of the federal Rules of Civil
17 Procedures, Plaintiff requests that Defendants produce
18 for Inspection and copying, the documents and tangible
19 things Identified below within thirty (30) calendar days
20 of the service of this document request.
21 1. Any and all S.V.S.P. Administration segregation, facility
22 D-Building 8, records of Plaintiff Kevin Burton CDCR#C-38062
23 from January 11, 2005, through and Including the date of
24 your response to this request.
25
26 2. Any and all policies, procedures, regulations, Instructions,
27 notes, Memoranda, Internal Communications and directives
28 In effect from Jan 11, 2005, through and Including the

1  Date of your response to this request concerning
2  Plaintiff's Burton's confinement IN Administration
3  Segregation Unit at Salinas Valley State Prison at
4  Soledad California.

5  3. Any notes, documents, Medical Records, Memoranda,
6  files, records, record books, log books, grievance reports
7  or written communications concerning complaints made
8  against S.V.S.P. Defendants IN this Incident.

11 Dated: August 5, 2008

14 By: _Kevin Burton_
15     KEVIN BURTON #C 38062
16     R.J.D. Prison
       San Diego, CA 92179

# VERIFICATION

## STATE OF CALIFORNIA
## COUNTY OF _____

(C.C.P. SEC.446 & 201.5; 28 U.S.C. SEC. 1746)

I, **KEVIN BURTON #C-38062** DECLARE UNDER PENALTY OF PERJURY
THAT: I AM THE **Plaintiff** IN THE ABOVE ENTITLED ACTION;
I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS **5th** DAY OF: **August**, 20 AT **R.J. Donovan State Prison, San Diego, California 92179 P.O. Box 799002**

(SIGNATURE) **Kevin Burton**
(DECLARANT/PRISONER)

---

## PROOF OF SERVICE BY MAIL

(C.C.P. SEC.1013 (a) & 2015.5; 28 U.S.C. SEC.1746)

I, **Lorrie Thomas**, AM A RESIDENT OF **R.J. Donovan State Prison, San Diego**, STATE OF CALIFORNIA. I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM / NOT A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS: P.O. BOX **799002 San Diego, CA 92179**

ON **8-5-08**, 20 I SERVED THE FOREGOING: **Plaintiff's first set of Interrogatories to Defendants. Plaintiff's first Request for Production of Documents.**

(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)

ON THE PARTY (S) HEREIN BY PLACING A TRUE COPY (S) THEREOF, ENCLOSED IN A SEALED ENVELOPE (S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT

Addressed to each such addressee respectively as follows:

Office of the Attorney General
455 Golden Gate Ave Suite 1100
San Francisco, CA 94102-7004

U.S. District Court of California
Northern District of California
Office of the Clerk
450 Golden Gate Ave
San Francisco, CA 94102

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: **August 5, 2008**                    **Kevin Burton**
                                            (DECLARANT/PRISONER)

Kevin Burton #C-55262
R.J. Donovan State Prison
P.O. Box 799002
San Diego CA
92179

Legal Mail

STATE PRISON



Hasler
016H26519013
Mailed From 92179
08/06/2008
$00.590
US POSTAGE

U.S. District Court of California
Northern District of California
Office of the Clerk
450 Golden Gate Ave.
San Francisco, CA 94102

QUALITY PARK
11117