USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>Kevin Burton | COURT CASE NUMBER<br>CV-07-4967 PJH (PR) |
|---|---|
| DEFENDANT<br>California Department of Corrections, et al. | TYPE OF PROCESS<br>Summons Order and Complaint |

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**SERVE AT**
Sergeant Bruncato
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Salinas Valley State Prison, P.O. Box 1020, Soledad, CA 93960

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Kevin Burton, C-38062
R.J. Donovan State Prison
P.O. Box 779007
San Diego, CA 92179

| Number of process to be served with this Form 285 | 3 |
|---|---|
| Number of parties to be served in this case | 19 |
| Check for service on U.S.A. | |

FILED AUG 1 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

09 JUN -3 AM 10:11  RECEIVED USM NORTHERN DISTRICT OF CALIFORNIA UNITED STATES MARSHAL

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:
**Felicia Reloba** /s/ Felicia Reloba
[X] PLAINTIFF
[ ] DEFENDANT
TELEPHONE NUMBER: 415-522-2000
DATE: 6/10/07

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 11 | District to Serve<br>No. 11 | Signature of Authorized USMS Deputy or Clerk | Date<br>6/3/08 |
|---|---|---|---|---|---|

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date   Time   [ ] am  [ ] pm

Signature of U.S. Marshal or Deputy

| Service Fee<br>$8.00 | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits<br>0 | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$0.00 |
|---|---|---|---|---|---|

REMARKS: 7/1/08 - contacted Lit. Coordinator @ SVSP
7/3/08 - No Record of individual @ SVSP. Issued s/c R's 7/08, contacted SVSP, Lit. Coordinator for funding address. 7/22/08 - Mailed s/c w/299 to Kern Valley State Prison
7/30/08 - Return from Kern Valley State Prison

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION         ARNOLD SCHWARZENEGGER, GOVERNOR

**DIVISION OF ADULT INSTITUTIONS**
**KERN VALLEY STATE PRISON**
P.O. Box 6000
Delano, CA 93216-6000



July 30, 2008

U.S. Marshals Service
Northern District of California
Attn: Civil Section
P. O. Box 36056
San Francisco, CA  94102-3486

To Whom It May Concern:

On July 29, 2008, Kern Valley State Prison received the enclosed suit, however Sergeant Bruncato is not employed at Kern Valley State Prison (KVSP) and therefore KVSP cannot accept service.  There is one other employee with a similar name employed at this institution, however, it is noted that the employee is not a Sergeant, and the first name or initial of the employee to be served is neither given on the summons nor letter from your office.  If you are able to identify the correct employee, please include his/her first name on any correspondence and ensure it is reflected properly on the lawsuit itself, so that service can be completed most expeditiously.  Enclosed, you will find the documents you sent to Kern Valley State Prison.

Should you have questions, please contact me at (661) 721-6306.

*W. R. Adams* (signature)
W. R. ADAMS
Litigation Coordinator
Kern Valley State Prison