Kevin Burton C-38062
R.J. Donovan State Prison
P.O. Box 779000
San Diego, CA. 92179

7-11-2008

RECEIVED
AUG 2 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FROM: Kevin Burton                Court Case # CV-07-4967 PJH (PR)
      Prison ID# C-38062

TO: U.S. Department of Justice, United States Marshals Service.

Re: Location or Info on Individual(s) to be served, order and complaint, In Re: Kevin Burton Plaintiff. vs. Defendant, California Department of Corrections, et al.

To: Attorney or Originator, Felicia Reloba,
   In order to locate the Individual(s) on USM-285 forms. On space, on mentiond form, "Special Instructions or other Information that will assit in Expediting Service",
   I have provided Additional Information, To help Locate Individual(s) and hopefully help Expedit Service of Summons order, & Complaint.

   I have Included Information, with some Attachments that might be of assistance.

   I Thank you for your time.

                                    Kevin Burton
                                    7-11-2008.

CV07 04967 (16)

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|
| PLAINTIFF<br>Kevin Burton | COURT CASE NUMBER<br>CV-07-4967 PJH (PR) |
| DEFENDANT<br>California Department of Corrections, et al. | TYPE OF PROCESS<br>Summons Order and Complaint |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>Correctional Officer Wilson  Transferred to Corcoran State Prison P.O. Box 5242 Corcoran, CA 93212 |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)<br>Salinas Valley State Prison, P.O. Box 1020, Soledad, CA 93960  Employeed at SATF |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Kevin Burton, C-38062
R.J. Donovan State Prison
P.O. Box 779007
San Diego, CA 92179

| Number of process to be served with this Form 285 | 3 |
| Number of parties to be served in this case | 19 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Correctional officer Wilson, is now employeed at S.A.T.F. Corcoran State Prison P.O. Box 5242 Corcoran, CA. 93212.

[Stamp: NORTHERN DISTRICT OF CALIFORNIA / RECEIVED UNITED STATES MARSHAL / JUN 11 AM 10:12]

Signature of Attorney other Originator requesting service on behalf of:
Felicia Reloba  [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: 415-522-2000
DATE: 6/10/07

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 11 | District to Serve<br>No. 11 | Signature of Authorized USMS Deputy or Clerk | Date<br>6/30/08 |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only if different than shown above)

Date | Time | [ ] am [ ] pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$0.00 |

REMARKS: 7/1/08 - Contacted Lit. Coordinator at SVSP
7/3/08 - Two officers with same last name - Need more info, such as 1st name

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Kevin Burton | CV-07-4967 PJH (PR) |
| DEFENDANT | TYPE OF PROCESS |
| California Department of Corrections, et al. | Summons Order and Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Correctional Officer Corrasco    CARRASCO
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Salinas Valley State Prison, P.O. Box 1020, Soledad, CA 93960

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Kevin Burton, C-38062
R.J. Donovan State Prison
P.O. Box 779007
San Diego, CA 92179

| | |
|---|---|
| Number of process to be served with this Form 285 | 3 |
| Number of parties to be served in this case | 19 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

THis Correctional officer's correct spelling of Last Name is CARRASCO. Was Employeed AT S.V.S.P. IN JAN, 2005 And specifically worked in S.V.S.P. Administration Segregation unit, facility D. Unit 8. On or around the period of JAN 11, 2005 JAN 18, 2005.

| Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|
| **Felicia Reloba** /s/ Felicia Reloba | 415-522-2000 | 6/10/07 |

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 11 | No. 11 | R. Jackson | 6/30/08 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

| Date | Time | ☐ am ☐ pm |
|---|---|---|

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS: 7/1/08 - contacted Lit. Coordinator @ SVSP
7/3/08 - Ret'd S/C; No officer - None w/ this name spelling, Need First & Last Name

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Kevin Burton | CV-07-4967 PJH (PR) |
| DEFENDANT | TYPE OF PROCESS |
| California Department of Corrections, et al. | Summons Order and Complaint |

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**SERVE AT**
Correctional Officer GARCIA
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Salinas Valley State Prison, P.O. Box 1020, Soledad, CA 93960

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Kevin Burton, C-38062
R.J. Donovan State Prison
P.O. Box 779007
San Diego, CA 92179

| Number of process to be served with this Form 285 | 3 |
|---|---|
| Number of parties to be served in this case | 19 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

This Correctional Officer Garcia was employeed at S.V.S.P on or around Jan 11, 2005. And specifically worked in S.V.S.P Administration segregation unit, Facility D. Unit 8. On or around the period Jan. 11, 2005. Jan. 18, 2005.

Signature of Attorney other Originator requesting service on behalf of:
**Felicia Reloba** [X] PLAINTIFF [ ] DEFENDANT
TELEPHONE NUMBER: 415-522-2000
DATE: 6/10/07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 11 | No. 11 | R. Jones | 6/30/08 |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date | Time | [ ] am [ ] pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS: 7/1/08- Contacted Lit. Coordinator at SVSP
7/3/08- 21 officers w/same last name - Need more info

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>Kevin Burton | COURT CASE NUMBER<br>CV-07-4967 PJH (PR) |
|---|---|
| DEFENDANT<br>California Department of Corrections, et al. | TYPE OF PROCESS<br>Summons Order and Complaint |

SERVE AT
- NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
  Correctional Officer PEREZ
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
  Salinas Valley State Prison, P.O. Box 1020, Soledad, CA 93960

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Kevin Burton, C-38062<br>R.J. Donovan State Prison<br>P.O. Box 779007<br>San Diego, CA 92179 | Number of process to be served with this Form 285 | 3 |
| | Number of parties to be served in this case | 19 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

This Correctional Officer, Perez, was employeed at S.V.S.P. on or around Jan 11, 2005. And specifically worked in S.V.S.P. Administration Segregation Unit, Facility D. Unit 8. On or around the period of Jan 11, 2005. Jan 18, 2005.

| Signature of Attorney other Originator requesting service on behalf of:<br>Felicia Reloba /s/ Felicia Reloba | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>415-522-2000 | DATE<br>6/10/07 |
|---|---|---|---|

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 11 | District to Serve<br>No. 11 | Signature of Authorized USMS Deputy or Clerk | Date<br>6/30/08 |
|---|---|---|---|---|---|

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address (complete only different than shown above) | Date | Time | ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$0.00 |
|---|---|---|---|---|---|

REMARKS: 9/1/08, Contacted Lit. Coordinator at SSP
1/2/08 - 8 officers w/ same last name - Need more info

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

U.S. Department of Justice
United States Marshals Service

PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Kevin Burton | CV-07-4967 PJH (PR) |
| DEFENDANT | TYPE OF PROCESS |
| California Department of Corrections, et al. | Summons Order and Complaint |

SERVE AT

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
MTA GARCIA

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Salinas Valley State Prison, P.O. Box 1020, Soledad, CA 93960

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Kevin Burton, C-38062
R.J. Donovan State Prison
P.O. Box 779007
San Diego, CA 92179

| Number of process to be served with this Form 285 | 3 |
|---|---|
| Number of parties to be served in this case | 19 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

MTA Garcia was previously Issued (served) Summons order and Complaint on March 26, 2007. And an acknowledgment of Receipt was signed by person, on Behalf of Another person. Filed in State Court (with same defendants) as present federal civil case as above. Please see attached "Acknowledgment of Receipt."

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
Felicia Reloba /s/ Felicia Reloba
TELEPHONE NUMBER: 415-522-2000
DATE: 6/10/07

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 11 | No. 11 | R. Jaule | 6/30/8 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only if different than shown above)

| Date | Time | ☐ am ☐ pm |
|---|---|---|

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS: 7/1/08- Contacted Lit. Coordinator at SVSP
1/3/08- 4 MTA's with same last name, need more info such as 1st name

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Steven C. Sanders<br>Sanders & Associates<br>3960 Industrial Blvd., #100<br>3960 Industrial Blvd., Ste 100<br>West Sacramento, CA 95691<br>TELEPHONE NO.: (916)376-8738   FAX NO. *(Optional)*: 916-376-8738<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Kevin Burton | FOR COURT USE ONLY<br><br>**FILED**<br>APR 1 6 2007<br><br>LISA M. GALDOS<br>CLERK OF THE SUPERIOR COURT<br>——————————— DEPUTY<br>J. NICHOLSON |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Monterey<br>STREET ADDRESS: 240 Church St., Suite 318   Monterey County Superior Court<br>MAILING ADDRESS:   1200 Aguajito Road<br>CITY AND ZIP CODE: Salinas, CA   93901   Monterey, Ca 93940<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: Kevin Burton | CASE NUMBER:<br>M82071 |
| DEFENDANT/RESPONDENT: CDCR, et al. | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [x] summons
   b. [x] complaint
   c. [x] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [x] other *(specify documents)*: Case Management Notice; Blank Request to Vacate or Continue Initial Case Management Conference and Order
3. a. Party served *(specify name of party as shown on documents served)*: MTA Garcia

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served: Department of Justice, 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-3664
5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:   (2) at *(time)*:
   b. [ ] **by substituted service.** On *(date)*:   at *(time)*:   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:   from *(city)*:   or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Legal Solutions Plus | Code of Civil Procedure, § 417.10 |

| PLAINTIFF/PETITIONER: Kevin Burton | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: CDCR, et al. | M82071 |

5.  c. [x] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

  (1) on *(date):* 03/05/07      (2) from *(city):* West Sacramento
  (3) [x] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)
  (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. [ ] **by other means** *(specify means of service and authorizing code section):*

  [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. [x] as an individual defendant.
  b. [ ] as the person sued under the fictitious name of *(specify):*
  c. [ ] as occupant.
  d. [ ] On behalf of *(specify):*
     under the following Code of Civil Procedure section:
     [ ] 416.10 (corporation)     [ ] 415.95 (business organization, form unknown)
     [ ] 416.20 (defunct corporation)     [ ] 416.60 (minor)
     [ ] 416.30 (joint stock company/association)     [ ] 416.70 (ward or conservatee)
     [ ] 416.40 (association or partnership)     [ ] 416.90 (authorized person)
     [ ] 416.50 (public entity)     [ ] 415.46 (occupant)
                                       [ ] other:

7. **Person who served papers**
  a. Name: Keith Chandler
  b. Address: 3960 Industrial Blvd., Suite 100, West Sacramento CA 95691
  c. Telephone number: 916-376-8738
  d. **The fee** for service was: $
  e. I am:
     (1) [x] not a registered California process server.
     (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
     (3) [ ] registered California process server:
         (i) [ ] owner    [ ] employee    [ ] independent contractor.
         (ii) Registration No.:
         (iii) County:

8. [x] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. [ ] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: April 4, 2007

KEITH CHANDLER                             ▶ *(signature)*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Steven C. Sanders SBN 171369<br>Sanders & Associates<br>3960 Industrial Blvd., #100<br>West Sacramento, CA 95691<br>TELEPHONE NO.: 916-376-8738   FAX NO. *(Optional):* 916-376-8717<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* Kevin Burton | |
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Monterey<br>STREET ADDRESS: 240 Church St., Suite 318<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Salinas, CA  93901<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: Kevin Burton | |
| DEFENDANT/RESPONDENT: CDCR, et al. | |
| **NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL** | CASE NUMBER:<br>M82071 |

TO *(insert name of party being served):* MTA Garcia

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: 3/5/07

Keith Chandler                                                ▶ _____
(TYPE OR PRINT NAME)                                    (SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of *(to be completed by sender before mailing):*

1. [x] A copy of the summons and of the complaint.
2. [x] Other: *(specify):* Case Management Notice
STATE OF CALIFORNIA
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA 94102-3664

*(To be completed by recipient):*
Date this form is signed: 3/26/07

_____                                   ▶ _____
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,       (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ON WHOSE BEHALF THIS FORM IS SIGNED)                       ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-015 [Rev. January 1, 2005] | **NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL** | Legal Solutions Plus | Code of Civil Procedure,<br>§§ 415.30, 417.10 |

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Kevin Burton | CV-07-4967 PJH (PR) |
| DEFENDANT | TYPE OF PROCESS |
| California Department of Corrections, et al. | Summons Order and Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Correctional Officer Silva
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Salinas Valley State Prison, P.O. Box 1020, Soledad, CA 93960

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Kevin Burton, C-38062
R.J. Donovan State Prison
P.O. Box 779007
San Diego, CA 92179

| Number of process to be served with this Form 285 | 3 |
| Number of parties to be served in this case | 19 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

This Correctional Officer, was previously Issued (served) Summons order and Complaint on March 26, 2007. And an Acknowledgement of Receipt was signed by person on behalf of Another person. Filed In State Court with same Defendants as present federal civil case above. Please see attached "Acknowledgement of Receipt".

Signature of Attorney other Originator requesting service on behalf of:
**Felicia Reloba** /s/ Felicia Reloba
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 415-522-2000
DATE: 6/10/07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 11 | No. 11 | R. Jew | 6/30/08 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date | Time | ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS: 7/1/08 - Contacted Lit. Coordinator @ SVSP
7/2/08 - two officers w/ same last name - Need First & Last Name

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Steven C. Sanders<br>Sanders & Associates<br>3960 Industrial Blvd., #100<br>3960 Industrial Blvd., Ste 100<br>West Sacramento, CA 95691<br>TELEPHONE NO.: (916)376-8738  FAX NO. (Optional): 916-376-8738<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Kevin Burton | **FILED**<br>APR 1 6 2007<br>LISA M. GALDOS<br>CLERK OF THE SUPERIOR COURT<br>_____ DEPUTY<br>J. NICHOLSON |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Monterey<br>STREET ADDRESS: 240 Church St., Suite ~~Monterey~~ Monterey County Superior Court<br>MAILING ADDRESS: 1200 Aguajito Road<br>CITY AND ZIP CODE: Salinas, CA  93901  Monterey, Ca 93940<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: Kevin Burton | CASE NUMBER:<br>M82071 |
| DEFENDANT/RESPONDENT: CDCR, et al. | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [x] summons
   b. [x] complaint
   c. [x] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [x] other *(specify documents):* Case Management Notice; Blank Request to Vacate or Continue Initial Case Management Conference and Order
3. a. Party served *(specify name of party as shown on documents served):* C/O Silva

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served: Department of Justice, 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-3664
5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*    (2) at *(time):*
   b. [ ] **by substituted service.** On *(date):*    at *(time):*    I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*    from *(city):*    or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Legal<br>Solutions<br>Plus | Code of Civil Procedure, § 417.10 |

| PLAINTIFF/PETITIONER: Kevin Burton | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: CDCR, et al. | M82071 |

5. c. [x] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):* 03/05/07     (2) from *(city):* West Sacramento
    (3) [x] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)
    (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. [ ] **by other means** *(specify means of service and authorizing code section):*

[ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. [x] as an individual defendant.
  b. [ ] as the person sued under the fictitious name of *(specify):*
  c. [ ] as occupant.
  d. [ ] On behalf of *(specify):*
    under the following Code of Civil Procedure section:
      [ ] 416.10 (corporation)     [ ] 415.95 (business organization, form unknown)
      [ ] 416.20 (defunct corporation)     [ ] 416.60 (minor)
      [ ] 416.30 (joint stock company/association)     [ ] 416.70 (ward or conservatee)
      [ ] 416.40 (association or partnership)     [ ] 416.90 (authorized person)
      [ ] 416.50 (public entity)     [ ] 415.46 (occupant)
                                                      [ ] other:

7. **Person who served papers**
  a. Name: Keith Chandler
  b. Address: 3960 Industrial Blvd., Suite 100, West Sacramento CA 95691
  c. Telephone number: 916-376-8738
  d. **The fee** for service was: $
  e. I am:
    (1) [x] not a registered California process server.
    (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
    (3) [ ] registered California process server:
      (i) [ ] owner   [ ] employee   [ ] independent contractor.
      (ii) Registration No.:
      (iii) County:

8. [x] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or
9. [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: April 4, 2007

KEITH CHANDLER                                      ▶ /s/
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)         (SIGNATURE)

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*<br>Steven C. Sanders SBN 171369<br>Sanders & Associates<br>3960 Industrial Blvd., #100<br>West Sacramento, CA 95691<br>TELEPHONE NO.: 916-376-8738  FAX NO. *(Optional):* 916-376-8717<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* Kevin Burton | POS-015<br>**FOR COURT USE ONLY**<br><br>**FILED**<br>APR 1 6 2007<br>LISA M. GALDOS<br>CLERK OF THE SUPERIOR COURT<br>―――――― DEPUTY<br>J. NICHOLSON |
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Monterey<br>STREET ADDRESS: 240 Church St., Suite 318<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Salinas, CA   93901<br>BRANCH NAME:<br>*Monterey County Superior Court*<br>*1200 Aguajito Road*<br>*Monterey, Ca 93940* | |
| PLAINTIFF/PETITIONER: Kevin Burton<br>DEFENDANT/RESPONDENT: CDCR, et al. | |
| **NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL** | CASE NUMBER:<br>M82071 |

TO *(insert name of party being served):* C/O Silva

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: 3/5/07

Keith Chandler
(TYPE OR PRINT NAME)    ▶ *(signature)*    (SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of *(to be completed by sender before mailing):*
1. [x] A copy of the summons and of the complaint.
2. [x] Other: *(specify):* Case Management Notice
   STATE OF CALIFORNIA
   OFFICE OF THE ATTORNEY GENERAL
   DEPARTMENT OF JUSTICE
   455 GOLDEN GATE AVENUE, SUITE 11000
   SAN FRANCISCO, CA 94102-3664

*(To be completed by recipient):*
Date this form is signed: 3/26/07

▶ *(signature)*
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,    (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ON WHOSE BEHALF THIS FORM IS SIGNED)    ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-015 [Rev. January 1, 2005] | **NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL** | Legal<br>Solutions<br>ⓆPlus | Code of Civil Procedure,<br>§§ 415.30, 417.10 |

**U.S. Department of Justice**
United States Marshals Service
Northern District of California
450 Golden Gate Ave., Room 20-6888
San Francisco, CA 94102

Official Business
Penalty for Private Use $300

Civil Case # CV07-04967
Burton v. CDC, et al
Attn: Felicia Rotea