1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DAVID S. CHANEY
Chief Assistant Attorney General
3 | ROCHELLE C. EAST
Senior Assistant Attorney General
4 | JONATHAN L. WOLFF
Supervising Deputy Attorney General
5 | SCOTT J. FEUDALE, State Bar No. 242671
Deputy Attorney General
6 | 455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
7 | Telephone:  (415) 703-5871
Fax:  (415) 703-5843
8 | Email:  Scott.Feudale@doj.ca.gov

9 | Attorneys for Defendants Timothy Krenke, Gisela
Ramirez, Everado Contreras, Annabel Cauntay and
10 | Michael S. Evans

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **KEVIN BURTON,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.**<br><br>Defendants. | CASE NO. C 07-4967 PJH<br><br>**DEFENDANTS' EX PARTE REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION** |

Defendants Krenke, Ramirez, Contreras, Cauntay and Evans, for the reasons more fully set forth in the accompanying declaration of counsel, respectfully request a 60-day extension of time,

///
///
///
///
///

Defs.' Ex Parte Req. Ext. Time                K. Burton v. CDCR et al.
                                                        C 07-4967 PJH

1

1 | up to and including November 3, 2008, to file their motion for summary judgment or other
2 | dispositive motion.
3 | Dated: August 28, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

ROCHELLE C. EAST
Senior Assistant Attorney General

JONATHAN L. WOLFF
Supervising Deputy Attorney General

SCOTT J. FEUDALE
Deputy Attorney General
Attorneys for Defendants Timothy Krenke, Gisela Ramirez,
Everado Contreras, Annabel Cauntay and Michael S. Evans

20134870.wpd
SF2008200246

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **K. Burton v. CDCR et al.**

No.:   **C 07-4967 PJH**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **August 28, 2008**, I served the attached

**DEFENDANTS' EX PARTE REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**

**DECLARATION OF SCOTT J. FEUDALE IN SUPPORT OF DEFENDANTS' EX PARTE REQUEST FOR AN EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**

**[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Kevin Burton (CDCR# C-38062)
R. J. Donovan Correctional Facility
P. O. Box 779007
San Diego, CA 92179
In pro per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **August 28, 2008**, at San Francisco, California.

|  M. Luna  |   |
| --- | --- |
| Declarant | Signature |

20137249.wpd