EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
JONATHAN L. WOLFF
Supervising Deputy Attorney General
SCOTT J. FEUDALE, State Bar No. 242671
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5871
 Fax: (415) 703-5843
 Email: Scott.Feudale@doj.ca.gov

Attorneys for Defendants Timothy Krenke, Gisela
Ramirez, Everado Contreras, Annabel Cauntay and
Michael S. Evans

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN BURTON,<br><br>             Plaintiff,<br><br>   v.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS AND REHABILITATION, et al.<br><br>             Defendants. | CASE NO. C 07-4967 PJH<br><br>DECLARATION OF SCOTT J. FEUDALE IN SUPPORT OF DEFENDANTS' EX PARTE REQUEST FOR AN EXTENSION OF TIME TO FILE DISPOSITIVE MOTION |

I, SCOTT J. FEUDALE declare:

1. I am a Deputy Attorney General in the California Attorney General's Office, counsel of record for Defendants Krenke, Ramirez, Contreras, Cauntay, and Evans (Defendants) in this matter. I am competent to testify to the matters set forth in this declaration, and if called upon to do so, I would and could so testify. I submit this declaration in support of Defendants' request for an extension of time to file their summary-judgment motion or other dispositive motion.

2. According to the Court's June 6, 2008 Order of Service, the last day for Defendants to

Decl. Feudale Supp. Ex. Parte Req. Ext. Time                           K. Burton v. CDCR et al.
                                                                        C 07-4967 PJH

1

1  file a motion for summary judgment or other dispositive motion is sixty days from the date of
2  service. Defendants were served with a copy of Plaintiff's complaint and summons by mail from
3  the U.S. Marshal's Service on July 3, 2008. Thus, Defendants' dispositive motion is due on
4  September 2, 2008.

5      3.    Based on the following, Defendants respectfully request a 60-day extension of time up
6  to and including November 3, 2008, to file a summary-judgment motion or other dispositive
7  motion:

8      a.    This case was assigned to me on July 16, 2008. Between that date and today, I
9  have been managing a busy caseload. During July 2008, I filed a reply briefs in *Padilla v. Evans*,
10 United States District Court, Northern District of California, Case No. 06-1725 and *Liebb v.*
11 *Daly*, United States District Court, Northern District of California, Case No. 04-0950, and filed a
12 motion to dismiss in *Roby v. Stewart*, Case no. 08-1113. During August, I have filed a demurrer
13 in *Fosselman v. Nicholson*, Monterey County Superior Court, Case No. M91265; filed an
14 opposition to a request for a case management conference in *Lira v. Director of Corrections, et*
15 *al.*, United States District Court, Northern District of Caifornia, Case No. 00-0905; filed an
16 opposition to a motion for a temporary restraining order and preliminary injunction in *Quillar v.*
17 *Zepeda*, United States District Court, Eastern District of California, Case No. 06-02394; and
18 visited Salinas Valley State Prison to meet with my clients in this case.

19     b.    On July 17, 2008, my office requested relevant documents from the prison in
20 connection with this case. I have reviewed most of these documents and on the basis of that
21 review, have requested additional documents. Those additional documents have not yet been
22 received.

23     c.    Furthermore, to my best knowledge, Plaintiff has not yet served Defendants
24 Bruncato, O'Kenno, Carrasco, Silva, Philmon, Wilson, Horrence, Perez, Garcia, Graywald,
25 Goodhume, Garcia, Zielger, and Moss. Once these Defendants are served and request
26 representation by the Attorney General's Office, I will need time to consult with my clients as
27 well as review documents relevant to their defense. Accordingly, I believe that the filing of a
28 dispositive motion is premature at this time.

Decl. Feudale Supp. Ex. Parte Req. Ext. Time     K. Burton v. CDCR et al.
    C 07-4967 PJH

4. Because Plaintiff is currently incarcerated, he cannot easily be contacted for an extension of time.

5. No previous extension of time has been sought regarding the filing of Defendants' summary-judgment motion or other dispositive motion. This request is not made for the purpose of harassment or undue delay or for any improper reason.

I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge.

Executed on August 28, 2008, at San Francisco, California.

_____
Scott J. Feudale
Deputy Attorney General

20134986.wpd

SF2008200246

Decl. Feudale Supp. Ex. Parte Req. Ext. Time

K. Burton v. CDCR et al.
C 07-4967 PJH

3