IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN BURTON,<br><br>                                    Plaintiff,<br><br>     v.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS AND REHABILITATION, et al.<br><br>                                    Defendants. | CASE NO. C 07-4967 PJH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION** |

Defendants Krenke, Ramirez, Contreras, Cauntay and Evans have requested a 60-day extension of time, up to and including November 3, 2008, to file their summary-judgment motion or other dispositive motion. The Court has read and considered Defendants' request and, good cause appearing,

IT IS HEREBY ORDERED that Defendants' request for an extension of time, up to and including November 3, 2008, to file their summary-judgment motion or other dispositive motion is GRANTED. Plaintiff is instructed to file and serve his opposition to Defendants' dispositive motion no later than thirty days from the date Defendants' motion is filed, on or before December 3, 2008. Defendants' reply will be due fifteen days later, on or before December 18, 2008.

Dated: _____

                                        The Honorable Phyllis J. Hamilton
                                        United States District Judge

[Proposed] Order Granting Defs.' Ex Parte Req. Ext. Time                    K. Burton v. CDCR et al.
                                                                            Case No. C 07-4967 PJH

1