CV07-04967 ⑱

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>Kevin Burton | COURT CASE NUMBER<br>CV-07-4967 PJH (PR) |
|---|---|
| DEFENDANT<br>California Department of Corrections, et al. | TYPE OF PROCESS<br>Summons Order and Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
MTA ZIEGLER

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Salinas Valley State Prison, P.O. Box 1020, Soledad, CA 93960

FILED
AUG 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Kevin Burton, C-38062
R.J. Donovan State Prison
P.O. Box 779007
San Diego, CA 92179

| Number of process to be served with this Form 285 | 3 |
| Number of parties to be served in this case | 19 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold

Signature of Attorney other Originator requesting service on behalf of:
**Felicia Reloba** [signature]
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 415-522-2000
DATE: 6/10/07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 11 | District to Serve<br>No. 11 | Signature of Authorized USMS Deputy or Clerk | Date<br>6/30/08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date | Time | ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee<br>$8.00 | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits<br>0 | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$0.00 |
|---|---|---|---|---|---|

REMARKS: 7/1/08 contacted Lit. Coordinator at SVSP
7/1/08 - mailed Summons & complaint w/285 Form
8/26/08 - S/C Ret'd from SVSP - No Acknowledgment Rec'd as of this date
Individual No longer at address
Unable to contact

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION    ARNOLD SCHWARZENEGGER, *Governor*

# DEPARTMENT OF CORRECTIONS
## SALINAS VALLEY STATE PRISON
**Litigation Coordinator**
31625 Highway 101
P.O. Box 1020
Soledad, CA 93960

(831) 678-5573

August 25, 2008

U.S. Marshals Service
Attn: Ramona – Civil Desk
450 Golden Gate Ave
San Francisco, Ca 94102

Subject:    WAIVER OF SERVICE SUMMONS AND COMPLAINT
            **Burton v. CDCR**
            **USDC, ND C 07-4967**

The enclosed Waiver of Service of Summons and Complaint for the below listed named defendant(s) is/are returned to your attention for the following reason(s).

| NAME OF DEFENDANT | REASON FOR NON DELIVERY |
| --- | --- |
| MTA ZIEGLER | This individual is no longer employed at Salinas Valley State Prison. Two attempts were made to contact MTA Ziegler at her last known home address via U. S. mail, to this day MTA Ziegler has not replied. |

E. Donnelly
Litigation Coordinator

Cc: J. Wolff, Supervising Deputy Attorney General
    C. Bernstein, Assistant General Counsel

RTS-DOJ-SAN FCO