1  Kevin Burton
2  # C-38062
   R. J. Donovan Prison
3  P.O. Box 799007
4  San Diego, CA. 92179

RECEIVED
08 SEP -2 PM 3:24
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

Kevin Burton
Plaintiff,
vs.
California Deparment of
Corrections, et al.
Defendants

CASE NO: C07-4967 PJH(PR)

Plaintiff's First Set of Interrogatories to Defendants. "Amended".

Pursuant to Rule 33 of the federal Rules of Civil Procudure and order of this Court, Plaintiff Kevin Burton, (hereinafter "Burton"), hereby requests that Defendant, Mike Evans, answer the following Interrogatories under Oath, In accordance with the Definitions and Instructions set forth below, within thirty (30) calendar days after service of these Interrogatories.

If you cannot answer the following Interrogatories in full, after exercising due diligence to secure the Information to do so, so state and answer to the extent possible, specifying your Inability to answer the remainder and stating whatever Information or knowledge you have concerning the unanswered portions.

These Interrogatories shall be deemed continuing, so as to require supplemental answers as new and different information materializes.

## Definitions and Instructions

(A) As used herin, the term "document" means every type of recorded information dated or prepared prior to or subsequent to this action including but not limited to any memorandum, note, report, letter, correspondence, message, record minutes, work sheet, draft, instruction, work assignment, internal communication, order and any other written, recorded, electronic, or graphic material however produced or reproduced and, in the absence of the original, a copy thereof and any copy bearing markings not present on the original or other copy thereof.

(b) The word "Incident" includes the circumstances and events surrounding the alleged events at issue and other occurrences giving rise to this action.

(c) The word "Identify" as used with respect to any documents is understood to mean the following:
1) title., 2) Date., 3) Name and position or originator.,
4) Name and position of any and all recipients.,
5) Name and position of any other person who received copies or any portion of the document in question.,
6) Description of the document subject matter and contents.,
7) Location of the document.,
8) Name and position of the custodian of the document.

1.

(d) The word "Identify" as used with respect to any person, is understood to mean the following information is to be provided:

1) Full name., 2) present or last known address (work within-CDCR).,
3) present or last known business address.,
4) Occupation and title., and 5) Present or last known employer.

## INTERROGATORIES

1. Identify and attach a copy of any and all documents(s) relating to Salinas Valley State Prison (S.V.S.P.) C.D.C.R., Administration Segregation Unit <u>admission</u> policies and procedure.

2. Identify and attach a copy of any and all documents(s) relating to S.V.S.P. C.D.C.R., Administration Segregation Unit <u>holding cage</u> policies and procedures.

3. Identify and attach a copy of any and all documents(s) relating to S.V.S.P. C.D.C.R., Administration Segregation Unit policies and procedures concerning <u>Conditions of Segregated Unit Housing</u>.

4. Identify and attach a copy of any and all documents(s) relating to S.V.S.P. C.D.C.R., Administration Segregation Unit, Administration Segregation <u>Records</u> Policies and Procedures.

5. Identify and attach a copy of any and all documents(s)

2.

relating to S.V.S.P. C.D.C.R., Administration segregation unit, policies and procedures, relating to concerning "officer In charge."

6. Identify and attach a copy of any and all document(s) relating to S.V.S.P. C.D.C.R., Administration segregation unit, policies and procedures relating to administration visitation: as defined In C.D.C.R. Code of Regulations.

7. Identify and attach a copy of any and all document(s), relating to S.V.S.P. C.D.C.R. Relating to Chief Executive officer. Policies and Procedures.

8. Identify and attach a copy of any and all document(s), relating to S.V.S.P. C.D.C.R. Administration segregation unit, Medical care responsibilities, policies and procedures.

9. Identify and attach a copy of any and all document(s), relating to prison medical care Responsibilities policies And procedures concerning prison medical care staff training and education.

10. Identify and attach a copy of any and all documents of Persons, (Correctional officer's), first and last names, and position, Showing who was on duty, worked In S.V.S.P. Administration segregation unit, Specifically: Facility D. Building Eight (8) On the Dates of January 11, 2005.        "Secound, and Third Watch:;

3.

1  January 12, 2005. First, Second and Third Watch.,
2  January 13, 2005. First, Second and Third Watch.,
3  January 14, 2005. First, Second and Third Watch.,
4  January 15, 2005. First, Second and Third Watch.,
5  January 16, 2005. First, Second and Third Watch.,
6  January 17, 2005. First, Second and Third Watch.,
7  and January 18, 2005 First, Second and Third Watch.
8  
9  11. Identify and attach a copy of any and all document(s)
10 of Persons (Correctional Officers) first and last names,
11 and position showing who was scheduled for duty at
12 S.V.S.P. Administration Segregation Unit, specifically:
13 Facility D- Building Eight (8) on the Dates of
14 January 11, 2005. 2nd & 3rd Watch, Till January 18,
15 2005. 1st, 2nd & 3rd Watch.
16 
17 12. Identify and attach a copy of any and all document(s)
18 of Persons Medical staff, Psychiatric staff, first and
19 last name, and position showing who was on duty,
20 worked in S.V.S.P. Administration Segregation Unit,
21 Specifically: Facility D- Building Eight (8) on the Dates
22 of January 11, 2005. Second and Third Watch,
23 January 12, 2005. First, Second and Third Watch.
24 January 13, 2005. First, Second and Third Watch.
25 January 14, 2005. First, Second and Third Watch.
26 January 15, 2005. First, Second and Third Watch.
27 January 16, 2005. First, Second and Third Watch.
28 January 17, 2005. First, Second and Third Watch.

and January 18, 2005. First, Second and Third Watch.

13. Identify and attach a copy of any and all document(s) of Persons medical staff, Psychiatric staff, first and last Names and position showing who was scheduled for duty at S.V.S.P. Administration Segregation Unit, Specifically: facility D- Building Eight (8) on the dates of January 11, 2005. 2nd & 3rd Watch, till January 18, 2005. 1st, 2nd & 3rd Watch.

14. Identify and attach "any and all document(s)" Complaint, Incident Report(s) grievance, criticism, Including Termination of employment, Internal Investigations, Media releases, Including but not limited to prison spoke-person releases, censure, reprimand or rebuke directed towards S.V.S.P. Correctional staff, and/or medical staff as a direct result of Incident Concerning Plaintiff Burton, and the Incident giving rise to this proceeding.

Dated: August 28, 2008.

By: Kevin Burton

    KEVIN BURTON #C-38062
    R.J. Donovan Prison
    P.O. Box 799007
    San Diego, CA 92179

5.

**EDMUND G. BROWN JR.**
*Attorney General*

**State of California**
**DEPARTMENT OF JUSTICE**



455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA 94102-7004

Public: (415) 703-5500
Telephone: (415) 703-5871
Facsimile: (415) 703-5843
E-Mail: Scott.Feudale@doj.ca.gov

August 20, 2008

Kevin Burton (CDCR # C-38062)
Richard J. Donovan Correctional Facility
Facility F-2-8-124L
P.O. Box 799002
San Diego, CA 92179-9002

RE: KEVIN BURTON v. CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL.
United States District Court, Northern District of California, Case No. C 07-4967 PJH

Dear Mr. Burton:

Defendants received your interrogatories and requests for production dated August 5, 2008. Your interrogatories are being returned to you as they cannot be responded to as currently phrased. Federal Rule of Civil Procedure 33(a) & (b) requires that interrogatories be served on a party, and that the party to whom they are directed serve answers under oath and verify his or her answers with a signature. Your interrogatories are directed generally to "Defendants." Without specifying to whom these interrogatories are directed, our office cannot determine by which Defendant these interrogatories must be answered. Accordingly, please re-draft your interrogatories and direct them to the appropriate party as required under Rule 33. Upon receipt of your amended interrogatories, the appropriate party will respond within the time allowed under Rule 33. Thank you.

Sincerely,

SCOTT J. FEUDALE
Deputy Attorney General

For   EDMUND G. BROWN JR.
      Attorney General

Enclosure

20133508.wpd

# VERIFICATION

**STATE OF CALIFORNIA**
**COUNTY OF SAN DIEGO**

(C.C.P. SEC. 446 & 2015.5; 28 U.S.C. SEC. 1746)

I, **Kevin Burton** DECLARE UNDER THE PENALTY OF PERJURY THAT: I AM THE **Declarant/Prisoner** IN THE ABOVE ENTITLED ACTION; I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS **28th** DAY OF **August**, AT R.J.D. STATE PRISON, 480 Alta Road, San Diego, CA 92179

(SIGNATURE) **Kevin Burton**
(DECLARANT/PRISONER)

---

# PROOF OF SERVICE BY MAIL

(C.C.P. SEC. 1013 (a) & 2015.5; 28 U.S.C. SEC. 1746)

I, **Lennie Thomas**, AM A RESIDENT OF R.J.D. STATE PRISON, IN THE COUNTY OF S.D. STATE OF CALIFORNIA; I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM I AM NOT A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS: **P.O. Box 799007 San Diego, CA San Diego, CA 92179**.

ON _____, I SERVED THE FOREGOING:

"**Plaintiff's First Set of Interrogatories to Defendants Amended**"
(SET FORTH EXACT TITLE OF DOCUMENT IS SERVED)

ON THE PARTY(S) HEREIN BY PLACING A TRUE COPY(S) THEREOF, ENCLOSED IN A SEALED ENVELOPE (S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT Richad J. Donovan Correctional Facility

Addressee respectively as follows:

Department of Justice
Office of the Attorney General
455 Golden Gate Av. Suite 11000
San Francisco, CA. 94102-3664

Office of the Clerk
U.S. District Court
Northern District of California
450 Golden Gate Ave
San Francisco, CA. 94102

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: **August 28, 2008**    **Kevin Burton**
(DECLARANT/PRISONER)

Kevin Burton #C-38062
RJ Donovan State Prison
P.O. Box 799001
San Diego, CA 92179

Confidential
Legal Mail

STATE PRISON



Hasler

016H126519013
Mailed From 92179
08/29/2008
$ 00.590
US POSTAGE

Office of The Clerk
U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102