1  Kevin Burton
2  CDCR #C-38062
3  R. J. Donovan State Prison
4  P.O. Box 799007
5  San Diego, CA 92179

7              UNITED STATES DISTRICT COURT
8              NORTHERN DISTRICT OF CALIFORNIA

10 Kevin Burton
11 Plaintiff
12     v.                              CASE NO: C07-4967 PJH
13 California Department of            (PR)
14 Corrections, et al.,
15                                     PLAINTIFF'S FIRST REQUEST
16 Defendants                          FOR PRODUCTION OF DOCUMENTS
17                                            "Amended"

19     Pursuant to Rule 34 of the Federal Rules of Civil
20 Procedures, Plaintiff requests that Defendant, Mike
21 Evans, Produce for Inspection and copying, the
22
23 documents and tangible things Identified below
24 within thirty (30) calendar days of the service
25 of this document request.
26
27 1. Any and all S.V.S.P. Administration segregation
28 facility D-Building eight (8) records of Plaintiff

1. KEVIN BURTON #C-38062. FROM JANUARY 11, 2005., through and Including the date of your response to this request.

2. Any and All policies, procedures, regulations, Instructions, notes, memoranda, Internal Communications and directives In effect from January 11, 2005, through and Including the Date of your response to this request Concerning Plaintiff Burton Confinement In Administration Segregation unit at S.V.S.P at Soledad California.

3. Any Notes, documents, Medical Records, memoranda, files, records, record books, <u>Log books,</u> grievance reports or written communications concerning Complaints made against S.V.S.P. Not limited to Defendant, Mike Evans, giving rise to this Incident.

4. Plaintiff Burton, also request Defendant <u>Mike Evans</u>, to produce for Inspection, any documents, Photos, recorded, Electronic, OR graphic material however produced, or reproduced of "holding Cage"; Located at S.V.S.P. IN Administration Segregation unit. specifically: facility D-

1.

Building Eight (8) "A-section", specifically: the holding cage in A-section, that Plaintiff was confined in from the dates of: January 11, 2005 till January 18, 2005.

Dated: August 30, 2008.

By: *Kevin Burton*

KEVIN BURTON
#C-38062
R.J.D. Prison
San Diego, CA 92179

2.

**EDMUND G. BROWN JR.**
*Attorney General*

*State of California*
**DEPARTMENT OF JUSTICE**



455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA 94102-7004

Public:  (415) 703-5500
Telephone:  (415) 703-5871
Facsimile:  (415) 703-5843
E-Mail:  Scott.Feudale@doj.ca.gov

August 20, 2008

Kevin Burton (CDCR # C-38062)
Richard J. Donovan Correctional Facility
Facility F-2-8-124L
P.O. Box 799002
San Diego, CA 92179-9002

RE:   KEVIN BURTON v. CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL.
      United States District Court, Northern District of California, Case No. C 07-4967 PJH

Dear Mr. Burton:

Defendants received your interrogatories and requests for production dated August 5, 2008. Your interrogatories are being returned to you as they cannot be responded to as currently phrased. Federal Rule of Civil Procedure 33(a) & (b) requires that interrogatories be served on a party, and that the party to whom they are directed serve answers under oath and verify his or her answers with a signature. Your interrogatories are directed generally to "Defendants." Without specifying to whom these interrogatories are directed, our office cannot determine by which Defendant these interrogatories must be answered. Accordingly, please re-draft your interrogatories and direct them to the appropriate party as required under Rule 33. Upon receipt of your amended interrogatories, the appropriate party will respond within the time allowed under Rule 33. Thank you.

Sincerely,

SCOTT J. FEUDALE
Deputy Attorney General

For   EDMUND G. BROWN JR.
      Attorney General

Enclosure

20133508.wpd

## VERIFICATION

STATE OF CALIFORNIA
COUNTY OF SAN DIEGO

( C.C.P. SEC. 446 & 2015.5; 28 U.S.C. SEC. 1746 )

I, **KEVIN BURTON** DECLARE UNDER THE PENALTY OF PERJURY
THAT: I AM THE **Declarant/Prisoner** IN THE ABOVE ENTITLED ACTION;
I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS **30th** DAY OF **August**, AT R.J.D. STATE PRISON, 480 Alta Road, San Diego, CA 92179

(SIGNATURE) **Kevin Burton**
(DECLARANT/PRISONER)

---

## PROOF OF SERVICE BY MAIL

( C.C.P. SEC. 1013 (a) & 2015.5; 28 U.S.C. SEC. 1746 )

I, **Lennie Thomas**, AM A RESIDENT OF R.J.D. STATE PRISON, IN THE COUNTY OF S.D. STATE OF CALIFORNIA; I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM/AM NOT A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS: **P.O. Box 799002 R.J. Donovan State Prison San Diego, CA 92179**

ON **Sept 1, 2008**, I SERVED THE FOREGOING:
**Plaintiff's First Request for Production of Documents "Amended"**
(SET FORTH EXACT TITLE OF DOCUMENT/S SERVED)
ON THE PARTY(S) HEREIN BY PLACING A TRUE COPY(S) THEREOF, ENCLOSED IN A SEALED ENVELOPE (S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT Richard J. Donovan Correctional Facility

Addressed to each addressee as follows:

State of California
Office of the Attorney General
Department of Justice
455 Golden Gate Ave, Suite 11000
San Francisco, CA 94102-3664

U.S. District Court
Northern District of California
Office of the Clerk
450 Golden Gate Ave.
San Francisco, CA 94102

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: **August 30 2008**.    **Kevin Burton**
                             (DECLARANT/PRISONER)

Kevin Burton C-38442
R.J. Donovan Prison
P.O. Box 799002
San Diego, CA 92179

Confidential
Legal Mail



STATE PRISON

016H26519013
Mailed From 92179
09/02/2008
$00.590
US POSTAGE
Hasler

U.S. District Court
Northern District of California
Office of the Clerk
450 Golden Gate Ave
San Francisco, CA 94102