UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN BURTON,

        Plaintiff,

    v.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,

        Defendants.
                               /

No. C 07-4967 PJH (PR)

**ORDER STAYING CASE AND REFERRING FOR POSSIBLE SETTLEMENT**

      The parties' stipulation to referral of this case to Magistrate Judge Nador Vadas is **APPROVED**. This case is referred to Magistrate Judge Vadas pursuant to the Pro Se Prisoner Mediation Program.

      Magistrate Judge Vadas shall conduct mediation proceedings as he deems appropriate and file a report thereafter. The proceedings are confidential and no statement made therein will be admissible in any proceedings in the case, unless the parties agree otherwise.

      In view of the referral, further proceedings in this case are **STAYED** for a period of sixty days from the date this order is entered. If the case is not settled, the court will enter a new scheduling order. The clerk shall mail a copy of the file, including this order, to Magistrate Judge Vadas in Eureka, California.

**IT IS SO ORDERED.**

Dated: October 21, 2008.

                                           PHYLLIS J. HAMILTON
                                           United States District Judge

G:\PRO-SE\PJH\CR.07\BURTON4967.STAY-MAG.wpd