IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN BURTON,<br><br>　　　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS AND REHABILITATION, et al.<br><br>　　　　　　　　　　　　　　Defendants. | CASE NO. C 07-4967 PJH (NJV)<br><br>[PROPOSED] ORDER DIRECTING DEFENDANTS' TO TRANSFER PLAINTIFF FROM CALIPATRIA STATE PRISON TO SOLANO STATE PRISON FOR SETTLEMENT PURPOSES |

　　　　On October 21, 2008, this case was assigned for inclusion in the Prisoner Pro Se Mediation Program. Defendants have agreed to hold a settlement conference on December 11, 2008 at California State Prison-Solano in Vacaville, California. In order to facilitate a meaningful settlement conference, it is necessary to have the plaintiff, Kevin Burton (CDCR No. C-38062) (Plaintiff), appear in person. However, Plaintiff is currently incarcerated at Calipatria State Prison in Calipatria, California.

　　　　Accordingly, Defendants are ORDERED to transfer Plaintiff from Calipatria State Prison to California State Prison-Solano so that he may appear in person at the scheduled settlement conference on December 11, 2008.

Dated: November 19, 2008

_____
Judge Nandor J. Vadas
United States Magistrate Judge

[Proposed] Order Direct'g Defs. Trans. Pl.　　　　　　　　　　　　　　　　　　　　　Burton v. CDCR et al.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. C 07-4967 PJH

1