IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BURTON,<br><br>    Plaintiff,<br><br>    v<br><br>CALIFORNIA DEPT. OF CORRECTIONS et al.,<br><br>    Defendants. | Case No C 07-4967 PJH<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on <u>December 11, 2008</u>. The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

  ☒ Plaintiff

  ☐ Warden or warden's representative

  ☒ Office of the California Attorney General, Scott Feudale

  ☒ Other: California Department of Corrections and Rehabilitation, Jason Gatchalian

**United States District Court**
For the Northern District of California

(2) The following individuals, parties, and/or representatives did not appear:

(3) The outcome of the proceeding was:

☒ The case has been completely settled.

☐ The case has been partially resolved and, on or before _____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☐ The parties agree to an additional follow up settlement on _____.

☐ The parties are unable to reach an agreement at this time.

Date: 12/31/08

_____
Nandor J Vadas
United States Magistrate Judge

United States District Court
For the Northern District of California

1
2
3                    UNITED STATES DISTRICT COURT
4                    NORTHERN DISTRICT OF CALIFORNIA
5
6  Burton                                  No. C 07-4967 PJH
7  v.                                      CERTIFICATE OF SERVICE
8  CDCR
   _____/
9
   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.
10 District Court, Northern District of California.

11 That on 12/31/08, I SERVED a true and correct copy of the attached, by placing said copy
   in a postage paid envelope addressed to the person(s) listed below, by depositing said
12 envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle
   located in the Office of the Clerk.
13
14 **Kevin Burton**
   C-38062
15 Calipatria State Prison
   D5-111L
16 P.O. Box 5007
   Calipatria, CA 92233
17
18
19                                         RICHARD W. WIEKING, CLERK
20
21
                                           By:/s/_____
22                                             Deputy Clerk
23
24
25
26
27
28                                    3